**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRY DARRYL KITCHEN, Jr., | No.    14-70299 |
| Petitioner, | |
| v. | |
| MARION SPEARMAN, | ORDER[*] |
| Respondent. | |

Appeal from the United States District Court
for the Eastern District of California

Argued and Submitted December 12, 2014
Resubmitted January 27, 2017
San Francisco, California

Before:  O'SCANNLAIN, N.R. SMITH, and HURWITZ, Circuit Judges.

The Application for Leave to File Second or Successive Petition, filed with

this court on February 3, 2014, is GRANTED.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.